# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147141

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                SC: 147141
                                COA: 315419

GEMAYEL WILLIAMS,
                                Wayne CC: 12-004406-FH
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 9, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013 _____      

s0722                                             Clerk